IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHARLES NEWMAN ) <br> SECTION 1983 CLAIMS ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. C 06-04005 JW (PR) <br><br> AMENDED ORDER <br> CONSOLIDATING CASES |

  Plaintiff, a California inmate, filed a series of pro se civil rights complaint pursuant to 42 U.S.C. § 1983. The Court ordered all of the cases consolidated and entitled "In re Charles Newman Section 1983 Claims" and assigned Case No. C 06-04005 JW (PR).

  This order amends the order of consolidation, dated June 12, 2007, as follows:

  1. The Consolidated case shall be entitled "In re Charles Newman Section 1983 Claims" and shall include the following cases: (1) No. C 06-05993 JW (PR), (2) No. C 06-06288 JW (PR), (3) No. C 06-06740 JW (PR), (4) No. C 06-

Amended Order Consolidating Cases
N:\Pro - Se\7.27.2007\06-04005 Newman04005_consol-amend.wpd

07241 JW (PR), (5) No. C 07-00518 JW (PR), (6) No. C 07-00905 JW (PR), (7) No. C 07-01329 JW (PR), (8) No. C 07-02374 JW (PR), and (9) No. C 07-02810 JW (PR). The consolidated case shall proceed under Case No. C 06-05993 JW (PR), which is the earliest case filed by plaintiff.

2. The clerk shall reinstate Case No. C 06-04005 JW (PR) as originally opened on June 28, 2006. The Court shall review the merits of the claims therein under 28 U.S.C. § 1915A(a) in a separate order.

3. The clerk shall reopen Case No. C 06-05993 JW (PR) in accordance with this order and file this order in each of the cases listed above.

4. This order vacates the order of consolidation filed June 12, 2007.

DATED:     July 27, 2007            *James Ware*
JAMES WARE
United States District Judge